UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO:

PACIFIC CORAL SEAFOOD CO., INC.
f/u/b/o LIBERTY MUTUAL INSURANCE
COMPANY,

        Plaintiff,
vs.

SEABOARD MARINE LTD.,

        Defendant.
_____/

## **C O M P L A I N T**

COMES NOW the Plaintiff, PACIFIC CORAL SEAFOOD CO. INC. f/u/b/o LIBERTY MUTUAL INSURANCE COMPANY, by and through the undersigned attorneys, and sues the Defendant, SEABOARD MARINE LTD., and alleges that:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, PACIFIC CORAL SEAFOOD CO., INC. (hereinafter "PACIFIC CORAL SEAFOOD"), is a Florida corporation, with its principal office in Miami, Florida and was the purchaser, consignee, and insured of the subject cargo hereinbelow described.

3. The use Plaintiff, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter "LIBERTY MUTUAL") is an insurance company with headquarters in Boston, Massachusetts and was the insurer of PACIFIC CORAL SEAFOOD of the subject shipment at all material

times hereto, and paid a claim submitted to it by PACIFIC CORAL SEAFOOD, and is therefore subrogated to the extent of its payment and is otherwise entitled to bring this action.

4. The Defendant, SEABOARD MARINE LTD., (hereinafter "SEABOARD") is a foreign corporation, organized under the laws of the Republic of Liberia, doing business in Miami, Dade County, Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the carrier of the subject cargo hereinbelow described.

5. Pursuant to the terms of SEABOARD's bills of lading all lawsuits against SEABOARD must be filed in the Federal Court for the Southern District of Florida.

6. On or about August 7, 2020, the Defendant received a 40ft container containing 1300 cartons of frozen shrimp for transportation from Guayaquil, Ecuador to Miami, Florida, with ultimate destination to Lakeland, Florida.

7. The Defendant received the subject cargo in good order and sound condition as no exceptions were noted on Defendant's Bill of Lading attached hereto as Exhibit "A".

8. On August 17, 2020, the subject cargo was delivered at final destination with spoilation damages which occurred during transportation of the subject cargo, while in the care, custody and control of the Defendant or that of its agent(s). Specifically, the subject container was damaged during transportation by the Defendant which resulted in a large hole on the top of the container which, in turn, caused the proper refrigeration of the container to fail.

9. As a result of the subject damage, PACIFIC CORAL SEAFOOD presented a claim to its insurer, LIBERTY MUTUAL, and LIBERTY MUTUAL paid its insured $120,797.73 and became legally and equitably subrogated to the rights of the claim to the extent of said payment as its damages herein and is legally entitled to bring this action.

10. The Plaintiff has complied with all conditions precedent to the bringing of this action.

## COUNT I – U.S. COGSA

The Plaintiff realleges and repeats paragraphs 1 through 10 as if set forth herein at length and further alleges that:

11. The subject shipment originated outside the United States and were delivered within the United States such that the United States Carriage of Goods by Sea Act ("COGSA") governs this action.

12. The Defendant, SEABOARD, received the container and cargo in good order and sound condition and as evidence thereof issued its Bill of Lading without exception. See copy of the Bill of Lading attached hereto as Exhibit "A".

13. The Defendant delivered said container and cargo at destination with damages due to improper handling of the container during transportation.

14. The Defendant breached its contracts of carriage by failing to deliver the cargo in the same good order and condition as when received.

15. As a result thereof, the Plaintiff has suffered damages in excess of One Hundred Twenty Thousand Seven Hundred Ninety-Seven and 73/100 dollars ($120,797.73). The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, PACIFIC CORAL SEAFOOD CO., INC. f/u/b/o LIBERTY MUTUAL INSURANCE COMPANY, prays that judgment be entered against the Defendant, SEABOARD MARINE LTD., in favor of the Plaintiff in an amount in excess of One Hundred Twenty Thousand Seven Hundred Ninety-Seven and 73/100 dollars ($120,797.73) or as otherwise determined by this Court, together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

| | |
|---|---|
| March 23, 2021<br>Miami, Florida | **MICHAEL C. BLACK, P.A.**<br>Dadeland Square at the Greenery Mall<br>7700 North Kendall Drive, Suite 305<br>Miami, Florida 33156<br>Telephone:   (305) 271-8301<br>Facsimile:    (305) 271-8302<br>*Attorneys for Plaintiff* |

By: *S/Michael C. Black*
_____

**Michael C. Black, Esquire**
Florida Bar No. 0056162
mblack@marlaw.com